UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:20-cv-1755 DB P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants have failed to provide a safe prison environment in violation of his Eighth Amendment rights. Presently before the court is defendant's motion for an extension of time to opt out of the post-screening ADR (Alternative Dispute Resolution) project. (ECF No. 23.) A settlement conference has been set for November 22, 2021. (ECF No. 22.)

Counsel for defendant scheduled a telephone call with plaintiff to determine whether or not the early settlement conference would be a waste of resources. (ECF No. 23 at 3.) Counsel states additional time is necessary as plaintiff was unable to attend the scheduled phone conference because his housing unit was under a COVID-19 quarantine. (Id.) Good Cause appearing the court will grant the motion.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 23) is granted; and

2. Any motion to opt out shall be filed on or before October 11, 2021.

Dated: September 24, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/CivilRights/blac1755.eot(opt.out)