UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK COVELLO, Warden, et al.,<br><br>　　　　　　　Defendants. | No.  2:20-cv-1755 DB P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants have failed to provide a safe prison environment in violation of his Eighth Amendment rights.  By order dated September 6, 2022, Defendant's motion to revoke plaintiff's in form pauperis status was denied and this action was referred back to the undersigned for further proceedings.  (ECF No. 34.)  Accordingly, the defendant will be directed to file an answer within thirty days.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendant shall file an answer within thirty days of the date of this order.

Dated: March 28, 2023

　　　　　　　　　　　　　　　　　　　　　　／s／DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/CivilRights/blac1755.ans

1