UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:20-cv-1755 DB P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants have failed to provide a safe prison environment in violation of his Eighth Amendment rights.  Presently before the court is defendant's motion to modify the April 27, 2023, discover and scheduling order ("DSO").  (ECF No. 45.)

In support of the motion counsel for defendant states that additional time is necessary because plaintiff has not yet responded to their discovery requests.  (Id. at 3.)  Counsel further states that they met and conferred with plaintiff by phone to discuss the status of plaintiff's responses and he indicated that he needed an additional thirty days to respond due to medical issues he has recently suffered.  Good cause appearing, the court will grant the motion.  (Id. at 4.)

////

////

////

1

Accordingly, IT IS HEREBY ODERED that:

1. Defendant's motion to modify the DSO (ECF No. 45) is granted;
2. Any motions to compel shall be filed on or before November 24, 2023;
3. Dispositive motions shall be filed on or before February 15, 2024; and
4. The April 27, 2023, DSO remains unchanged in all other aspects.

Dated: October 25, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/CivilRights/S/blac1755.mod.DSO