UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | No. 2:20-cv-1755 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants have failed to provide a safe prison environment in violation of his Eighth Amendment rights. Presently before the court is defendant's motion to modify the April 27, 2023, discovery and scheduling order ("DSO"). (ECF No. 47.)

In support of the motion, counsel for defendants requests a sixty-day extension of time due to current deadlines in other cases. (ECF No. 47 at 3.) Defendant requests that the dispositive motion deadline be extended to April 15, 2024. Good cause appearing, the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the DSO (ECF No. 47) is granted.

2. The dispositive motion deadline is extended to April 15, 2024.

4. The April 27, 2023, DSO (ECF No. 38) remains unchanged in all other aspects.

Dated: February 20, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/CivilRights/R/blac1755.eot.dispo.dead