1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RODNEY KARL BLACKWELL,                    No.  2:20-cv-1755 DJC DB P

12             Plaintiff,

13        v.                                    ORDER

14    PATRICK COVELLO, et al.,

15             Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

18    §1983.  On March 29, 2024, plaintiff filed a motion for summary judgment.  (ECF No. 50.)  On

19    May 15, 2024, defendants filed a cross-motion for summary judgment.  (ECF No. 53.)  Plaintiff

20    seeks an extension of time to file an opposition to defendants' motion.  (ECF No. 57.)

21        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an

22    extension of time (ECF No. 57) is granted.  Within thirty days of the filed date of this order,

23    plaintiff shall file an opposition to defendants' cross-motion for summary judgment.

24    Dated:  July 20, 2024

25

26

27                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE

28    DLB:9/DB Prisoner Inbox/Civil Rights/R/blac1755.msj opp eot

                                                1